U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 6 2009

ROBERT H. SHEMWELL, CLERK
BY
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30035 |
| | * | |
| VERSUS | * | JUDGE JAMES |
| | * | |
| WGG, INC. and | * | |
| ANIS MOHAMED MANA SALEH | * | MAGISTRATE JUDGE HAYES |

**FINAL ORDER OF FORFEITURE**

This Court entered a Preliminary Order of Forfeiture on November 7, 2007, ordering defendants, WGG, INC. and ANIS MOHAMED MANA SALEH , to forfeit all of their right, title and interest in $5,101 in United States currency.

The United States published notification of the Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 9, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to Title 21, United States Code, Section 853.

Direct notice was served upon WGG, Inc. and Anis Mohamed Mana Saleh on January 8, 2009.

No other third party claims were filed against the property.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

*the motion for final order of forfeiture [Doc. No. 61] is GRANTED]*

The Preliminary Order of Forfeiture entered in the above captioned action on November 7,

2007, is final, this Court having found that the defendants, WGG, INC. and ANIS MOHAMED

MANA SALEH, convicted in the case had an interest in the forfeitable property under Title 18,

United States Code, Section 982 and Title 21, United States Code, Section 853, and all right, title

and interest to the $5,101 in United States currency are hereby condemned, forfeited and vested in

the United States of America, and shall be disposed of according to law.

The United States has clear title to all the property as set forth in Preliminary Order of

Forfeiture dated November 7, 2007. The Court shall retain jurisdiction to enter any orders necessary

to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the

United States Marshal Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Monroe, Louisiana, this *16* day of *March*, 2009.

ROBERT G. JAMES
United States District Judge